# MANDATE

D. Conn. *(nhct)*
03-cv-351
Underhill, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 6ᵗʰ day of *August* two thousand and three,

Present:

Hon. Dennis Jacobs,
Hon. Fred I. Parker,
Hon. Sonia Sotomayor,
                    *Circuit Judges.*

Aaron B. Northrop,

                    Plaintiff-Appellant,

            v.                                                    03-0143

United States of America,

                    Defendant- Appellee.

Appellant, *pro se,* moves for *in forma pauperis* status and to expedite his appeal from the district court's dismissal of his Fed. R. Civ. P. 60(b) action. Upon due consideration, it is ORDERED that the *in forma pauperis* motion is denied, and the appeal is dismissed because it lacks an arguable basis in fact or law. See Neitzke v. Williams, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e). Appellant's motion to expedite the appeal is denied as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

SAO/ASmi

ISSUED AS MANDATE:

JAN 15 2004

AUG - 6 2003